IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NO. 2:16-CR-8-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | ORDER GRANTING |
| v. ) | MOTION TO SEAL |
| ) | SENTENCING MEMORANDUM |
| ) | |
| SHIRITA MARIE JAMES ) | |

This matter comes before the Court on the motion (DE 27) of Defendant Shirita Marie James to seal her sentencing memorandum (DE 26). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED.

IT IS SO ORDERED.

This the 19 day of October, 2016.

Terrence W. Boyle
United States District Judge