UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NOTHERN DIVISION
Criminal No. 2:16-CR-8-1BO
Civil No. 2:18-CV-64-BO

| | |
|---|---|
| Shirita Marie James, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| United States of America, ) | |
| ) | |
| Respondent. ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 29 day of December, 2018.

TERRENCE W. BOYLE
CHIEF, US UNITED STATES DISTRICT JUDGE